JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 13-6071 PA (CWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| JENNIFER FERES, | |
| Defendant. | |

Pursuant to the Court's October 16, 2014 order granting the Motion for Summary Judgment filed by plaintiff the United States of America ("Plaintiff") it is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1. Plaintiff shall have judgment in its favor against defendant Jennifer Feres ("Defendant");

2. Plaintiff shall recover from Defendant $47,720.22 in principal, prejudgment interest of $70,847.54 accrued as of November 22, 2010, and prejudgment interest on the principal from November 22, 2010 until the date of judgment at the rate of nine percent per annum;

3. Plaintiff shall be entitled to post judgment interest on all sums owing at the legal judgment rate specified in 28 U.S.C. § 1961; and

      4.      Plaintiff shall have its costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: October 16, 2014                  _____
                                                       Percy Anderson
                                      UNITED STATES DISTRICT JUDGE